379 A.2d 604

Commonwealth v. Ranson, Appellant.

Submitted September 13, 1976. Stanley Bashman, for appellant; Arnold New, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.

379 A.2d 604

Commonwealth v. Ray, Appellant.

Submitted October 8, 1976. Terrence J. Schade, for appellant; Penny S. Simon and Adrian L. DiLuzio, Assistant District Attorneys, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.